**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

NAOMI GREATHOUSE,

        Plaintiff**,**

                                   **COURT FILE NO.: 08-00032-CV-W-SWH**

v.

NCO FINANCIAL SYSTEMS INC.,

        Defendant.

_____

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto,

by their respective undersigned attorneys, that the above-entitled action by Plaintiff may

be, and hereby is dismissed on its merits with prejudice, without costs, disbursements

or attorney's fees to any party.


Dated:  04/03/08            _s/ J. Mark Meinhardt_____
                             J. Mark Meinhardt     #53501
                             Attorney for Plaintiff
                             4707 College Blvd., Suite 100
                             Leawood, KS  66211
                             913-451-9797



Dated: 04/04/08             s/ Richmond M. Enochs_____
                             Richmond M. Enochs    #36819
                             10111 West 87th Street
                             P.O. Box 12290
                             Overland Park, KS 66282
                             913-888-1000
                             913-888-1065 facsimile