IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| NAOMI GREATHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-00032-CV-W-HFS |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties have stipulated to the dismissal of this action with prejudice.

Accordingly, it is hereby

ORDERED that the above captioned case is DISMISSED with prejudice.

    /s/ Howard F. Sachs
    HOWARD F. SACHS
    UNITED STATES DISTRICT JUDGE

April  9 , 2008

Kansas City, Missouri